HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
Elaura Y. Wen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-132-JLT |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM |
| | ) PAYMENT IN LIEU OF APPEARANCE; |
| vs. | ) [~~PROPOSED~~] ORDER |
| Elaura Y. Wen, | ) Date: 12/8/2017 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Joshua Vann, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Elaura Y. Wen, that this case shall be resolved by payment of a fixed-sum in lieu of Elaura Y. Wen's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Elaura Y. Wen agrees to pay a $270.00 fine and $30.00 processing fee, for a total of $300.00 on or before December 6, 2017. Payment shall be made to the Central Violations Bureau. Upon payment, the parties agree that the trial currently scheduled for December 8, 2017 will be vacated, and the Government will move for a dismissal of this case in the interest of justice.

/ / /

/ / /

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: September 1, 2017  */s/ Joshua Vann*
Joshua Vann
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 1, 2017  */s/ Andrew Wong*
Andrew Wong
Assistant Federal Defender
Attorney for Defendant
Elaura Y. Wen

# **O R D E R**

Based upon the stipulation of counsel, the Court **ORDERS:**

1. Defendant Elaura Y. Wen is ordered to pay a $270.00 fine and a $30.00 processing fee, for a total financial obligation of $300.00. The entire financial obligation must be paid in full by December 6, 2017. If Elaura Y. Wen has paid his financial obligation in full by December 6, 2017, the trial scheduled for December 8, 2017 will be vacated and the case will be terminated.

IT IS SO ORDERED.

Dated: **September 1, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE