| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-00132-JLT |
|---|---|
| Plaintiff, | ) STIPULATION TO CLOSE CASE AND |
| | ) ORDER THEREON |
| v. | ) |
| ELAURA Y. WEN, | ) |
| | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Joshua Vann, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Elaura Y. Wen, that the Court vacate the December 8, 2017 trial date and close this case.

Elaura Y. Wen has paid her citation fine in full. Pursuant to the parties' fixed sum in lieu of appearance agreement, upon receipt of full payment, the trial date would be vacated and this case closed. Based on this information, all parties request this matter be closed.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | Phillip Talbert<br>United States Attorney |
| Date: October 30, 2017 | | */s/ Joshua Vann*<br>JOSHUA VANN<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 30, 2017 | | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>Elaura Y. Wen |

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The December 8, 2017 trial date is **VACATED**; and
2. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **November 1, 2017**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE